**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 14, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00050-CV**

---

**IN THE MATTER OF K.J.M., A JUVENILE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 23-JV-0280**

---

### MEMORANDUM OPINION

This is an appeal from a waiver of jurisdiction and order of transfer to criminal court signed December 19, 20243. On February 1, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. Appellant's motion to dismiss complies with Family Code section 51.09. *See Matter of A.S.H.*, 619 S.W.3d 299, 301 (Tex. App.—Amarillo 2020, no pet.) (discussing waiver of appeal by juvenile). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.